UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

JUVAN BROWN,

    Petitioner,

v.                             CIVIL ACTION NO. 5:24-cv-00035

WARDEN W. HOLZAPFEL,

    Respondent.

**ORDER**

    Pending is Petitioner Juvan Brown's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. 1], filed January 18, 2024, Mr. Brown's Motion to Expunge a Juvenile Criminal Conviction [Doc. 4], filed January 25, 2024, and Warden Holzapfel's Motion to Dismiss contained in the Warden's response [Doc. 9], filed March 20, 2024. This action was previously referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Eifert filed her PF&R on June 5, 2024. Magistrate Judge Eifert recommended that the Court grant the Warden's Motion to Dismiss, deny Mr. Brown's § 2241 Petition, and Motion for Expungement, and that this case be dismissed and removed from the docket of the court.

    The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's

right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on June 24, 2024. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**Doc. 11**], **GRANTS** the Warden's Motion to Dismiss [**Doc. 9**], **DENIES** Mr. Brown's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [**Doc. 1**], and his motion for expungement [**Doc. 4**], and **DISMISSES** the matter.

The Court directs the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party.

ENTER: June 26, 2024

Frank W. Volk
United States District Judge